UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Vicki Francis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10427-DRH |
| *Wendy Broadway v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10236-DRH |
| *Traci Duran v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10762-DRH |
| *Kimberley Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20006-DRH |
| *Tricia Roach v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10834-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 26, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: __/s/*Caitlin Fischer*__
     **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.27 15:02:59 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT